UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GARCIA-WEHR,<br><br>    Petitioner,<br><br>    v.<br><br>R. GROUNDS,<br><br>    Respondent. | Case No. 15-cv-00370-VC  (PR)<br><br>**ORDER DENYING RESPONDENT'S MOTION FOR EXTENSION OF TIME AS MOOT AND DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION FOR A STAY**<br><br>Re: Dkt. No. 5 |

    On June 2, 2015, Petitioner Armando Garcia-Wehr filed a motion to stay his petition for a writ of habeas corpus so that he may exhaust his claims by presenting additional evidence to the state courts.  On June 5, 2015, Respondent filed a motion for an extension of time to file an answer or otherwise responsive pleading to the petition.  Respondent's motion is denied as moot.  Instead of filing an answer or response to the petition, Respondent is directed to respond, within fourteen days from the date of this order, to Garcia-Wehr's motion to stay the petition.  If Respondent does not oppose the motion, he shall so inform the Court.

    **IT IS SO ORDERED**.

Dated: June 11, 2015

                                                  VINCE CHHABRIA<br>
                                                  United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO GARCIA-WEHR,<br><br>    Plaintiff,<br><br>    v.<br><br>R. GROUNDS,<br><br>    Defendant. | Case No. 15-cv-00370-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Armando Garcia-Wehr ID: AG-4922
Salinas Valley State Prison B3-131
PO Box 1050
Soledad, CA 93960

Dated: June 11, 2015

    Richard W. Wieking
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA