IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMANDO GARCIA-WEHR,** | Case No. 15-cv-00370-VC |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **R. GROUNDS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until November 9, 2015, to file a response to the order to show cause. If Petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within twenty-eight (28) days of the date the answer is filed.

Dated: September 10, 2015

_____
The Honorable Vince Chhabria